Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff BELINDA RODRIGUEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BELINDA RODRIGUEZ, | Case No.: 1:15-CV-01780-SKO |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Belinda Rodriguez ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to September 16, 2016; and that Defendant shall have until October 17, 2016, to file her opposition. Any reply by plaintiff will be due November 1, 2016.

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: July 18, 2015          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff BELINDA RODRIGUEZ

DATED:  July 18, 2016          PHILLIP A. TALBERT
Acting United States Attorney


*/S/- Asim Modi

_____
Asim Modi
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

-2-

# ORDER

Pursuant to the above stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief no later than September 16, 2016;
2. Defendant shall file a responsive brief no later than October 17, 2016; and
3. Plaintiff may file an optional reply brief no later than November 1, 2016.

IT IS SO ORDERED.

Dated: **July 19, 2016**         /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE