Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff BELINDA RODRIGUEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BELINDA RODRIGUEZ, | Case No.: 1:15-CV-01780-SKO |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Belinda Rodriguez ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Opening Brief to November 3, 2016; and that Defendant shall have until December 5, 2016, to file her opposition. Any reply by plaintiff will be due December 20, 2016.

1   A second extension of time for plaintiff is needed in order to properly
2 address the issues within the administrative record in this matter as well as the
3 demands arising from complications related to Counsel Spouse's terminal illness
4 which has unexpectedly worsened in the last few weeks.  Due to a deterioration in
5 her condition in the last few weeks, Counsel's spouse now requires in home
6 medical assistance 24 hours a day and Counsel has been required to devout time to
7 planning and managing the transition to end of life care.  Counsel required time to
8 deal with this change in condition and has taken steps to secure the at home
9 hospice level care which his spouse now requires in order to better allow him to
10 attend to his professional obligations.
11   Counsel sincerely apologizes to the court for any inconvenience this may
12 have had upon it or its staff.

13

DATE: September 26, 2015        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*

BY: _____
Steven G. Rosales
Attorney for plaintiff BELINDA RODRIGUEZ

DATED:  September 26, 2016    PHILLIP A. TALBERT
Acting United States Attorney


*/S/- Asim Modi

_____
Asim Modi
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

**ORDER**

On July 19, 2016, the Court ordered Plaintiff to file an opening brief no later than September 16, 2016, pursuant to a stipulation of the parties. (Docs. 11-12.) The parties filed the above second "Stipulation to Extend Briefing Schedule" on September 26, 2016, ten days after Plaintiff's opening brief deadline.

The Court may extend time to act after the deadline has expired because of "excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). Here, although the Stipulation demonstrates good cause under to support the request for extension of time (*see* Fed. R. Civ. P. 16(b)(4)), no such excusable neglect has been articulated – much less shown –to justify the untimeliness of the request. Notwithstanding this deficiency, given the absence of bad faith or prejudice to Plaintiff (as evidenced by the parties' agreement to the extension of time after the deadline), and in view of the liberal construction of Fed. R. Civ. 6(b)(1) to effectuate the general purpose of seeing that cases are tried on the merits, see *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258-59 (9th Cir. 2010), the Court GRANTS the parties' stipulated request. The parties are cautioned that future post hoc request for extensions of time will be viewed with disfavor.

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including November 3, 2016, in which to file his Opening Brief. Defendant shall have an extension of time to December 5, 2016, to file an opposition, and any reply by Plaintiff shall be due December 20, 2016.

IT IS SO ORDERED.

Dated:   **September 28, 2016**            /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE